Case 4:23-mc-01188   Document 15   Filed on 10/25/23 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
October 25, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| *EX PARTE* APPLICATION OF | § | |
| BANCO MERCANTIL DE | § | |
| NORTE, S.A., INSTITUCIÓN DE | § | |
| BANCA MÚLTIPLE, GRUPO | § | |
| FINANCIERO BANORTE; and | § | Miscellaneous Action |
| ARRENDADORA Y FACTOR | § | No.: 23-mc-1188 |
| BANORTE, S.A. DE C.V., SOCIEDAD | § | |
| FINANCIERA DE OBJETO MÚLTIPLE, | § | |
| GRUPO FINANCIERO BANORTE, | § | |
| Applicants, | § | |
| FOR ORDER PURSUANT TO | § | |
| 28 U.S.C. § 1782 TO OBTAIN | § | |
| DISCOVERY IN AID OF | § | |
| FOREIGN PROCEEDINGS | § | |

### ORDER ON BANORTE PARTIES' MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY CHARLES CRAWFORD FOSTER

On October 23, 2023, the Court heard argument on the Banorte Parties' Motion to Compel Production of Documents by Charles Crawford Foster (ECF No. 7). After considering the Motion, response and reply briefing, and the arguments of counsel, the Court finds that the motion should be granted in part. Mr. Foster is hereby ordered to produce the following information to the Banorte Parties by November 3, 2023.

- Most recent known email address for Juan José Páramo Riestra;
- Most recent known mailing address for Mr. Páramo;
- Most recent known mobile phone number for Mr. Páramo;

1

- Date of birth of Mr. Páramo; and

- Current status of any immigration petition or immigration application filed on Mr. Páramo's behalf.

Mr. Foster may produce this information either by disclosing the underlying documents containing this information, or by producing the information itself in a letter from counsel attesting to its correctness.

SIGNED on   October 25  , 2023

_____
Drew B.Tipton
United States District Judge

AGREED AS TO FORM:

*By counsel for Charles Crawford Foster:*

**ROBERTS MARKEL WEINBERG BUTLER HAILEY PC**

_____
Gregg S. Weinberg
TBA No. 21084150
Justin L. Spears
TBA No. 24117086
2800 Post Oak Blvd., Floor 57
Houston, TX 77056
Telephone: (713) 840-1666
Email:  gweinberg@rmwbh.com
            jspears@rmwbh.com

*By counsel for Banorte Mercantil de Norte, S.A., Institución de Banca Múltiple, Grupo Financiero Banorte; and Arrendadora y Factor Banorte, S.A. de C.V., Sociedad Financiera de Objeto Múltiple, Grupo Financiero Banorte:*

*/s/Catherine Bratic*
**Catherine Bratic**
Hogan Lovells US LLP
609 Main Street, Suite 4200
Houston, Texas 77002

Telephone: (713) 632-1400
Facsimile: (713) 632-1401
Catherine.Bratic@hoganlovells.com
**Richard C. Lorenzo** (*pro hac vice*)
Hogan Lovells US LLP
600 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 459-6550
Richard.Lorenzo@hoganlovells.com