**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | | |
| *EX PARTE* APPLICATION OF | § | |
| BANCO MERCANTIL DEL | § | |
| NORTE, S.A., INSTITUCIÓN DE | § | |
| BANCA MÚLTIPLE, GRUPO | § | |
| FINANCIERO BANORTE; and | § | MISCELLANEOUS ACTION |
| ARRENDADORA Y FACTOR | § | No.: 23-mc-1188 |
| BANORTE, S.A. DE C.V., SOCIEDAD | § | |
| FINANCIERA DE OBJETO MÚLTIPLE, | § | |
| GRUPO FINANCIERO BANORTE, | § | |
| Applicants, | § | |
| | § | |
| FOR ORDER PURSUANT TO | § | |
| 28 U.S.C. § 1782 TO OBTAIN | § | |
| DISCOVERY IN AID OF | § | |
| FOREIGN PROCEEDINGS | § | |

**MOTION FOR DISBURSEMENT OF REGISTRY FUNDS TO COUNSEL**

Applicants the Banorte Parties[1] respectfully move for disbursement of registry funds to counsel. On January 14, 2026, the Court Registry recorded the disbursement of $39,284.91 in registry funds to Applicants.

The Clerk issued a check pursuant to that disbursement, but the check was not received by Applicants and has since been cancelled. Applicants respectfully request that the Court direct the Clerk to reissue the funds and deliver the checks to counsel to ensure receipt.

---

[1] Banco Mercantil del Norte, S.A., Institución de Banca Múltiple, Grupo Financiero Banorte ("Banorte") and Arrendadora y Factor Banorte, S.A. de C.V., Sociedad Financiera de Objeto Múltiple, Grupo Financiero Banorte ("Banorte A&F" and, together with Banorte, the "Banorte Parties").

1

Dated: April 17, 2026

Respectfully submitted,

HOGAN LOVELLS US LLP

By:   */s/ Hannah Wei Ryu*
    **Catherine Bratic**
    **Hannah Wei Ryu**
    609 Main Street, Suite 4200
    Houston, Texas 77002
    Telephone: (713) 632-1400
    Catherine.Bratic@hoganlovells.com
    Hannah.Ryu@hoganlovells.com
    **Richard C. Lorenzo** (*pro hac vice*)
    **Alvin Lindsay** (*pro hac vice*)
    600 Brickell Avenue
    Miami, Florida 33131
    Telephone: (305) 459-6550
    Richard.Lorenzo@hoganlovells.com
    Alvin.Lindsay@hoganlovells.com

    *Counsel for Banorte Mercantil del Norte, S.A., Institución de Banca Múltiple, Grupo Financiero Banorte; and Arrendadora y Factor Banorte, S.A. de C.V., Sociedad Financiera de Objeto Múltiple, Grupo Financiero Banorte*

## CERTIFICATE OF SERVICE

I certify that on April 17, 2026, a copy of this document was served by electronic service on all counsel of record.  Service was also made by e-mail on counsel for Juan José Páramo Riestra at the following addresses:

**c/o** Stephen Dockery and Chris Flood
Flood & Flood
914 Preston, Suite 800
Houston, Texas 77002-1832

*/s/ Hannah Wei Ryu*
Hannah Wei Ryu

3